BRIAN J. STRETCH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ZEKRY ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 4:17-cv-03414-HSG<br><br>**ORDER** |

Based upon the parties' Stipulation, IT IS ORDERED that Defendant shall have a 30-day extension, or until December 13, 2017, to file her motion and cross-motion for summary judgment. All other deadlines are extended accordingly.

DATED: November 29, 2017

*/s/ Haywood S. Gilliam, Jr.*

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE